

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 4, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
  JOELINE ELIZABETH JONES  
  336 Moffett Rd  
  Wiggins, MS  39577

CHAPTER 13 PROCEEDINGS  
24-50928 KMS

SSN:  XXX-XX-4403

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  TRACTOR SUPPLY  
  5401 VIRGINIA WAY  
  BRENTWOOD, TN  37027-7536

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE  
  LOCK P.O. BOX 871  
  HATTIESBURG, MS  39403  
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403  
(601) 582-5011  
ecfNotices@rawlings13.net