## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Joeline Elizabeth Jones, Debtor**          **Case No. 24-50928-KMS**
                                                                                  **CHAPTER 13**

### NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  October 28, 2025          Signature:     /s/ Thomas C. Rollins, Jr.
                                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                                    Jennifer Ann Curry Calvillo (MSBN 104367)
                                                                    The Rollins Law Firm, PLLC
                                                                    P.O Box 13767
                                                                    Jackson, MS 39236

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Joeline Elizabeth Jones, Debtor**                    **Case No. 24-50928-KMS**
                                                                                                              **CHAPTER 13**

### <u>MOTION TO ALLOW PAYMENT ARREARAGE</u>

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in December.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on October 29, 2025, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

1

2

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

4

5

6

7

8

9

| IN RE: | CASE NO: 24-50928 |
|---|---|
| JOELINE ELIZABETH JONES | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

10

On 10/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

11

12

13

14

15

16

17

18

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

19

20

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

21

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

22

DATED: 10/29/2025

23

24

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

25

26

27

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

28

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOELINE ELIZABETH JONES

CASE NO: 24-50928

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/29/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                        EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING  US BANKRUPTCY COURT              BANK OF WIGGINS
NCRS ADDRESS DOWNLOAD             DAN M RUSSELL  JR US COURTHOUSE   PO BOX 67
CASE 24-50928                     2012 15TH STREET  SUITE 244      WIGGINS  MS 39577-0067
SOUTHERN DISTRICT OF MISSISSIPPI  GULFPORT  MS 39501 2036
TUE OCT 28 13-57-16 PST 2025



FIRST TOWER LOAN  LLC            KENNEDY AUTO SALES               ONEMAIN FINANCIAL GROUP  LLC
PO BOX 320001                    1704 AZALEA DR                  ONEMAIN
FLOWOOD  MS 39232-0001           WIGGINS  MS 39577-8106          OO BOX 3251
                                                                 EVANSVILLE  IN 47731-3251


                                 EXCLUDE

ROSEN HARWOOD                    UNITED STATES TRUSTEE           VANDERBILT MORTGAGE
PO BOX 2727                      501 EAST COURT STREET           ATTN BANKRUPTCY
TUSCALOOSA  AL 35403-2727        SUITE 6-430                     PO BOX 9800
                                 JACKSON  MS 39201 5022          MARYVILLE  TN 37802-9800


                                                                 EXCLUDE

VANDERBILT MORTGAGE AND FINANCE  INC   WILLIAMS  FUDGE  INC      (T)DAVID RAWLINGS
PO BOX 9800                      ATTN BANKRUPTCY                 ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
MARYVILLE  TN 37802-9800         300 CHATHAM AVENUE              PO BOX 566
                                 ROCK HILL  SC 29730-4986        HATTIESBURG MS 39403-0566


DEBTOR                           EXCLUDE                         EXCLUDE

JOELINE ELIZABETH JONES          (U)MATTHEW HUNTER VANDERBILT MORTGAGE AND FINAN   THOMAS CARL ROLLINS JR
336 MOFFETT RD                                                   THE ROLLINS LAW FIRM  PLLC
WIGGINS  MS 39577-8347                                           PO BOX 13767
                                                                 JACKSON  MS 39236-3767
```