

## INVOICE

Invoice # 8428
Date: 10/28/2025
Due On: 11/27/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Joeline Elizabeth Jones

## 05434-Jones Joeline Elizabeth

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 11/14/2024 | Draft Fee Application and Proposed Order: Reviewed invoice for attorney and expense fees; reviewed court docket for previous orders; reviewed Trustee's website for attorney paid to date; drafted 2nd Application for Compensation, the 21 day Notice and the Proposed Order | 0.30 | $0.00 | $0.00 |
| Service | TR | 11/14/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 11/18/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, exhibit A , exhibit C, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | TR | 12/17/2024 | Review: 24-50928-KMS Order on Application for Compensation Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/19/2024 | Incoming Call: Telephone conference with Kennedy Auto Sales requesting the Proof of Payment for her insurance; created task for CO to get the proof of payment | 0.20 | $155.00 | $31.00 |
| Service | CO | 12/30/2024 | Contact Debtor (Text/Email): Called debtor to request proof of insurance payment per Kennedy Auto's request. | 0.10 | $100.00 | $10.00 |

Invoice # 8428 - 10/28/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Debtor request I email them so they know where to forward. Drafted email to debtor with the same request. |  |  |  |
| Service | CO | 01/08/2025 | Contact Debtor (Text/Email): Sent text to debtor following up on the email requesting proof on insurance payment. | 0.10 | $100.00 | $10.00 |
| Service | CO | 01/14/2025 | Call Debtor: Phone conference with debtor to follow up on proof of insurance payment. Debtor stated they have not had a chance to pay this month and their due date is January 20th. Told debtor I would follow up that day. Debtor then asked about a notice she received with an account summary of her plan payments. Requested she forward the notice for review. | 0.10 | $100.00 | $10.00 |
| Service | CO | 01/23/2025 | Call Debtor: Called debtor and left a voicemail following up on proof of insurance payment requested by the creditor. Informed that I would be drafting a text and email with the same request. Drafted text and email. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/27/2025 | Review and respond to email memo: Reviewed email memo from GM re: foreclosure; reviewed Best Case for plan; drafted email memo to GM informing her that the mortgage is in the plan and even if it was not the random caller has no right to know what is going on in the debtor's case; also that if the debtor had surrendered she could purchase through a foreclosure sale | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/05/2025 | Review: 24-50928-KMS Release of Wages Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/16/2025 | Review and organize documents provided by debtor: Reviewed two emails from debtor providing updated pay stubs for new employer information. Reviewed Trustee website for debtors case handler information. Drafted email to Trustee's office providing the new employer information. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 09/17/2025 | Review: 24-50928-KMS Order Upon Employer Directing Deductions from Pay Document# 29 | 0.10 | $360.00 | $36.00 |

Invoice # 8428 - 10/28/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 09/17/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of their wage order. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/03/2025 | Review email from debtor: Reviewed email from debtor about the letter she received from the Trustee about the delinquency and the closing of her case; drafted email to debtor requesting a copy of the letter | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/06/2025 | Review email from debtor: Reviewed email from debtor with the picture of the letter from the Trustee; drafted email to debtor informing her that the Trustee is not closing her case but if the delinquency is not brought current they could file a motion to dismiss; informed debtor to send in what she can to bring the delinquency current and if a motion is filed we can address at that time | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/07/2025 | Review: 24-50928-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/08/2025 | Call Debtor: Reviewed court docket to verify the delinquency on the Motion to Dismiss; called debtor unable to leave a message; drafted email and text about the delinquency and the Motion to Dismiss that the trustee filed; requested a call back to discuss the response we could file to save her case due to getting a new job | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/08/2025 | Incoming Call: Telephone conference with debtor about the delinquency, her new employer and the Motion to Dismiss; she will be sending in a payment once she receives her reimbursement check and the new employer has started the wage garnishment for her plan payments | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/09/2025 | Review email from debtor: Reviewed email from debtor with her number; updated contact information in clio | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/15/2025 | Review email from debtor: Reviewed email from debtor about the letter she received from us about the Motion to Dismiss and the arrearage; she was worried and thought we had addressed the situation; telephone | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | conference with debtor and informed her we have addressed the situation and per our previous discussion we will be filing a response trying to prevent her case from dismissal due to being out of work and now working with the wage order in place | | | |
| Service | KR | 10/22/2025 | Drafted and prepared the response per the Motion to Dismiss for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/23/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$369.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/15/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $12.33 | $12.33 |
| | | | **Expenses Subtotal** | | **$12.33** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kerri Rodabough | Non-Attorney | 1.0 | $155.00 | $155.00 |
| Kerri Rodabough | Non-Attorney | 0.7 | $0.00 | $0.00 |
| | | | Subtotal | $381.33 |
| | | | **Total** | **$381.33** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 8428 - 10/28/2025

| | | | | |
|---|---|---|---|---|
| 6617 | 08/10/2024 | $1,707.05 | $0.00 | $1,707.05 |
| 7209 | 12/12/2024 | $1,755.12 | $0.00 | $1,755.12 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8428 | 11/27/2025 | $381.33 | $0.00 | $381.33 |

| | |
|---|---|
| **Outstanding Balance** | **$3,843.50** |
| **Total Amount Outstanding** | **$3,843.50** |