**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS 39403**
**TELEPHONE (601) 582-5011**

DATE: November 05, 2026

JOELINE ELIZABETH JONES
336 Moffett Rd
Wiggins, MS 39577

CASE NO. 24-50928 KMS

**RE: NOTICE OF DEFAULT**

Dear Debtor:

Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/ DAVID RAWLINGS, TRUSTEE
CASE ADMINISTRATOR: TRACY FOUNDS

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 24-50928 KMS, JOELINE ELIZABETH JONES

RECEIPT DATA

| | | | | | |
|---|---|---|---|---|---|
| TOTAL RCPTS: | $30,789.29 | # MO. SINCE CON: | 27 | RCPTS OVERDUE: | $5,586.44 |
| LAST RCPT: | 09/30/2026 | # MO. REMAINING: | 60 | | |
| RCPTS DUE: | $15,697.07 | TOTAL PLAN LENGTH: | 60 | | |

RECEIPT SCHEDULE (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| JOELINE ELIZABETH JONES | $1,517.00 | 08/01/2024 | 11 | MONTHLY |
| JOELINE ELIZABETH JONES | $1,517.00 | 07/01/2025 | 2 | MONTHLY |
| JOELINE ELIZABETH JONES | $323.02 | 09/01/2025 | 1 | MONTHLY |
| JOELINE ELIZABETH JONES | $0.00 | 10/01/2025 | 2 | MONTHLY |
| JOELINE ELIZABETH JONES | $1,613.09 | 12/01/2025 | 2 | MONTHLY |
| JOELINE ELIZABETH JONES | $1,152.12 | 02/01/2026 | 1 | MONTHLY |
| JOELINE ELIZABETH JONES | $0.00 | 03/01/2026 | 2 | MONTHLY |
| JOELINE ELIZABETH JONES | $1,707.63 | 05/01/2026 | 39 | MONTHLY |
| JOELINE ELIZABETH JONES | $0.00 | 08/01/2029 | End of Plan | MONTHLY |

RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 05/07/2026 | MO | 984383 | $1,000.00 | 6106020754 |
| 06/09/2026 | WD | 988795 | $611.88 | 63265034 |
| 06/23/2026 | WD | 990381 | $788.14 | 63560236 |
| 07/14/2026 | WD | 992990 | $695.98 | 63805050 |
| 07/24/2026 | WD | 994367 | $788.14 | 64039714 |
| 08/05/2026 | WD | 995758 | $788.14 | 64320785 |
| 08/20/2026 | WD | 997870 | $217.47 | 64548312 |
| 09/03/2026 | WD | 999585 | $617.29 | 64826877 |
| 09/17/2026 | WD | 1001440 | $769.17 | 65087714 |
| 09/30/2026 | WD | 1003182 | $90.76 | 65366862 |