**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 16, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
JOELINE ELIZABETH JONES
336 Moffett Rd
Wiggins, MS 39577

CHAPTER 13 PROCEEDING:
24-50928 KMS

SSN: XXX-XX-4403

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

WALMART
ATTEN: PAYROLL
702 S.W. 8TH STREET
BENTONVILLE, AR 72716

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net